UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>KENNETH AUSTIN FIELDS )  | No. 2:21-CR-00126-3-JRG-CRW |

## ORDER

This matter is before the Court on United States Magistrate Judge Cynthia R. Wyrick's Report and Recommendation [Doc. 130], in which Judge Wyrick recommends the Court accept Defendant's guilty plea to the charges in Counts One and Twenty-Five of the Superseding Indictment [Doc. 20], adjudge him guilty of those charges, and order him to remain in custody pending his sentencing hearing. Neither party has timely objected to the report and recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b).

Having reviewed the record, the Court agrees with Judge Wyrick's recommendation. The Court therefore **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Federal Rule of Criminal Procedure 59(b). For the reasons in the report and recommendation, which the Court adopts and incorporates into this Order, the Court **ACCEPTS** Defendant's guilty plea, and Defendant is hereby **ADJUDGED** guilty of the charge in Counts One and Twenty-Five of the superseding indictment. The Court will defer a decision as to whether to accept or reject the Plea Agreement [Doc. 92] until after it has received a presentence investigation report from the United States Probation Office. Defendant **SHALL** remain in custody pending his sentencing hearing.

So ordered.

ENTER:

                                        s/J. RONNIE GREER
                                  UNITED STATES DISTRICT JUDGE